**Order entered April 9, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00387-CV

## PRESTONWOOD TRADITION, LP, ET AL., Appellants

### V.

## DIANA TANNERY, INDIVIDUALLY, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03737-B**

## ORDER

As directed to do so, appellants have filed written verification of payment for the clerk's record. Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file the clerk's record no later than April 20, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    KEN MOLBERG
        JUSTICE